

**FILED**

**NOT FOR PUBLICATION**

SEP 18 2006

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-10623 |
| Plaintiff - Appellee, | D.C. No. CR-03-00563-SOM |
| v. | |
| CHRIS BAKER, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted September 11, 2006**

Before:    PREGERSON, T.G. NELSON and GRABER, Circuit Judges.

Chris Baker appeals from the district court's judgment and 60-month sentence imposed following his guity-plea conviction for possession with intent to distribute 5 grams of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and

---

   *    This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

   **   This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

(b)(1)(B), and possession with intent to distribute a quantity of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Baker's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

2



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 12 2006

by: _____
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
05-10623 USA v. Baker

UNITED STATES OF AMERICA              Chris A. Thomas
      Plaintiff - Appellee            FAX 808/541-2808
                                      808/541-2850
                                      Suite 6-100
                                      [COR LD NTC aus]
                                      USH - OFFICE OF THE U.S.
                                      ATTORNEY
                                      PJKK Federal Building
                                      300 Ala Moana Blvd.
                                      P.O. Box 50183
                                      Honolulu, HI 96850


      v.

CHRIS BAKER                            DeAnna S. Dotson, Esq.
      Defendant - Appellant            FAX 808/672-5058
                                       808/391-7308
                                       [COR LD NTC cja]
                                       P.O. Box 700953
                                       Kapolei, HI 96709-0953
```